**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTAINER STORE, INC., a Texas corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01791-MCE-KJN<br><br>*Hon. Judge Morrison C. England, Jr*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: September 29, 2021<br>Trial Date:  None Set |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Daniel Cervantes and Defendant The Container Store, Inc.'s joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members, is GRANTED in full. Each party shall bear his or its own fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 5, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE